NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE:  GOOGLE LLC,**
*Appellant*

---

2021-1191

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14/010,428.

---

## JUDGMENT

---

TARA LAUREN KURTIS, Perkins Coie LLP, Chicago, IL, argued for appellant.  Also represented by NATHAN K. KELLEY, Washington, DC.

BRIAN RACILLA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrew Hirshfeld.  Also represented by THOMAS W. KRAUSE, MONICA BARNES LATEEF, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, BRYSON, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 9, 2021                    /s/ Peter R. Marksteiner
      Date                         Peter R. Marksteiner
                                   Clerk of Court